IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MELVIN COCHRAN,

    Plaintiff,

v.              CIVIL ACTION NO. 2:17-cv-04312

WARDEN DAVID BALLARD, et al.,

    Defendants.

## ORDER

This action was referred to United States Magistrate Judge Cheryl A. Eifert for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On May 8, 2019, Magistrate Judge Eifert submitted her Proposed Findings of Fact and Recommendation [ECF No. 47] ("PF&R"), recommending that the court grant the defendants' Motion to Dismiss [ECF No. 38] the Complaint with prejudice. The time to file objections has expired, and no objections to the PF&R have been filed.

Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated therein, the court **GRANTS** the defendants' Motion to Dismiss [ECF No. 38] and **DISMISSES WITH PREJUDICE** this civil action from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, any unrepresented party, and the Magistrate Judge.

ENTER: May 30, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE